PARENTS FOR STUDENT SAFETY, INC. v. BOARD OF
EDUCATION OF THE MORRIS SCHOOL DISTRICT,
MORRIS COUNTY.

June 9, 1987.

Cross-petition for certification denied.


DONALD RICHARDSON v. LOUIS NICKOLOPOULOS.

June 9, 1987.

Petition for certification granted.


CANDIDA STUCKI v. HOWARD STUCKI.

June 9, 1987.

Petition for certification denied.


TERESA JENSEN v. SCHOOLEY'S MOUNTAIN INN, INC.

June 9, 1987.

Petition for certification denied.   (See 216 *N.J.Super.* 79)